FILED

05/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0594

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0594

DIANA'S GREAT IDEA, LLC, a Montana limited
liability company; ENGWIS INVESTMENT
COMPANY, LTD, a Montana limited partnership;
R.F. BUILDING COMPANY, LP, a Montana
limited partnership; ROCK CREEK RANCH I LTD.,
a Texas limited partnership;  and WILD EAGLE
MOUNTAIN RANCH,

        Plaintiffs, Counter-Defendants,
        and Appellees,

    v.

CRAZY MOUNTAIN CATTLE CO., RICHARD
JARRETT, and ALFRED ANDERSON,

        Defendants, Counter-Plaintiffs,
        and Appellants.

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jon A. Oldenburg, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 13 2020